WILLIAM TURLEY, Esq., Bar No. 122408
bturley@turleylawfirm.com
DAVID MARA, Esq., Bar No. 230498
dmara@turleylawfirm.com
THE TURLEY LAW FIRM, APLC
7428 Trade Street
San Diego, CA 92121
Telephone:  619.234.2833
Facsimile:   619.234.4048

DEBRA L. HURST Bar No. 106118
dhurst@hurst-hurst.com
KYLE VAN DYKE Bar No. 171186
kvandyke@hurst-hurst.com
JULIE CORBO RIDLEY Bar No. 234274
julie@hurst-hurst.com
HURST & HURST
701 B Street, Suite 1700
San Diego, CA 92101
Telephone:  619.236.0016
Facsimile:   619.236.8569

Attorneys for Plaintiff Gary Kilbourne

*[Additional Counsel Listed on Next Page]*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY KILBOURNE,<br><br><br>Plaintiff,<br><br>v.<br><br>THE COCA-COLA COMPANY; COCA-COLA REFRESHMENTS USA, INC.; COCA-COLA ENTERPRISES, INC., and DOES 1-100,<br><br>Defendants. | Case No.  3:14-cv-00984-MMA-NLS<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a)(1)(A)(ii)**<br><br>Ctrm:         3A<br>Judge:       Hon. Michael M. Anello<br><br>Complaint filed:   March 20, 2014 |

1

2    JENNIFER ROBINSON, Bar No. 148333

3    jenrobinson@littler.com
     LITTLER MENDELSON, P.C.

4    333 Commerce Street, Suite 1450

5    Nashville, TN 37201
     Telephone: 615.383.3033

6    Facsimile:  615.383.3323

7
     LENA K. SIMS, Bar No. 212904

8    lsims@littler.com

9    LITTLER MENDELSON, P.C.
     501 W. Broadway, Suite 900

10   San Diego, CA 92101

11   Telephone:  619.232.0441
     Facsimile:   619.232.4302

12

13   Attorneys for Defendants
     BCI COCA-COLA BOTTLING COMPANY OF

14   LOS ANGELES, THE COCA-COLA COMPANY,

15   AND COCA-COLA REFRESHMENTS USA, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL                          Case No.  3:14-cv-00984-MMA-NLS

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED** by and between Plaintiff GARY KILBOURNE ("Plaintiff") and Defendants BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES, THE COCA-COLA COMPANY, AND COCA-COLA REFRESHMENTS USA, INC. ("Defendants") acting by and through their attorneys of record, that the above-entitled action shall be dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(1)(A)(ii).

**IT IS SO STIPULATED**

Date:  March 22, 2016                     Signed: /s/ *William Turley*
                                          William Turley
                                          David Mara
                                          THE TURLEY LAW FIRM, APLC
                                          Attorneys for Plaintiff

Date:  March 22, 2016                     Signed: /s/ *Debra Hurst*
                                          Debra Hurst
                                          Kyle Van Dyke
                                          Julie Corbo Ridley
                                          HURST & HURST
                                          Attorneys for Plaintiff

Date:  March 22, 2016                     Signed: /s/ *Lena Sims*
                                          Lena K. Sims
                                          LITTLER MENDELSON, P.C.
                                          Attorneys for Defendants

Date:  February 29. 2016                  Signed: /s/ *Jennifer Robinson*
                                          Jennifer Robinson
                                          LITTLER MENDELSON, P.C.
                                          Attorneys for Defendants

1

2

## SIGNATURE CERTIFICATION

3      Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies

4  and Procedures Manual, I hereby certify that the content of this document is

5  acceptable to William Turley and Debra L. Hurst, counsel for Plaintiff GARY

6  KILBOURNE and that I have obtained Mr. Turley's and Ms. Hurst's authorization to

7  affix their electronic signature to this document.

8

9  March 28, 2016                        LITTLER MENDELSON, P.C.

10

11                                      By:    /s/  *Lena K. Sims*

12                                          Attorney for Defendants

                                           E-mail:    *lsims@littler.com*

13

14

   Firmwide:139446161.1 074184.1073

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL                         Case No.  3:14-cv-00984-MMA-NLS