# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY KILBOURNE,<br><br>　　　　　　　　　　　Plaintiff,<br>　vs.<br>THE COCA-COLA COMPANY et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 14cv984-MMA (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Doc. No. 169] |

The Parties have filed a joint motion to dismiss this action in its entirety with prejudice. [Doc. No. 169.] Good cause appearing, the Court **GRANTS** the Parties' motion and **DISMISSES** this case with prejudice. The Clerk of Court is instructed to close the case.

　　　**IT IS SO ORDERED.**

Dated: March 29, 2016

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Michael M. Anello
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge